UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIDY ANDREA GIL CORREA,
*individually and on behalf of others
similarly situated*, *et al.*,

                                        Plaintiffs,

                    -v-

GREEN CITY CLEANER NYC LLC, *et
al.*,

                                        Defendants.

22-CV-6742 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        The Court has been notified that the parties have reached a settlement in this Fair Labor

Standards Act case.  The parties are advised that they may not dismiss this action with prejudice

unless the settlement agreement has been approved by either the Court or the Department of

Labor.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).    Any

letter motion, along with the settlement agreement, must be filed on the public docket within

thirty days of this order.  The letter motion must explain why the proposed settlement is fair and

reasonable and should discuss, at a minimum, the following factors:

> (1) the plaintiff's range of possible recovery; (2) the extent to
> which "the settlement will enable the parties to avoid anticipated
> burdens and expenses in establishing their respective claims and
> defenses"; (3) the seriousness of the litigation risks faced by the
> parties; (4) whether "the settlement agreement is the product of
> arm's-length bargaining between experienced counsel"; and (5) the
> possibility of fraud or collusion.

*Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (quoting *Medley v. Am.

Cancer Soc.*, No. 10 Civ. 3214, 2010 WL 3000028, at *1 (S.D.N.Y. July 23, 2010)).  The letter

must also address whether there is a *bona fide* dispute as to the number of hours worked or the

amount of compensation due and how much of the proposed settlement plaintiff's attorney shall

be seeking as fees.  *Cheeks*, 796 F.3d at 203, 206.  Absent special circumstances, the Court will

not approve any settlement agreement that is filed under seal or in redacted form.  *Id.* at 206.

 The parties are directed to file a letter or stipulation, in accordance with the instructions

above, on or before February 17, 2023.  All other filing deadlines, conference dates, and the trial

date are adjourned *sine die*.

 SO ORDERED.

Dated: January 31, 2023
   New York, New York

               _____
                  J. PAUL OETKEN
                United States District Judge